FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR ~ 2019

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:19cr117-MHT |
| | ) | [18 U.S.C. § 844(e); |
| | ) | 18 U.S.C. § 1038(a)] |
| LEVI JR CALHOUN, III | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1
(Making Threats by Mail or Telephone)

On or about November 7, 2018, in Barbour County within the Middle District of Alabama, and elsewhere, the defendant,

LEVI JR CALHOUN, III,

by means and use of an instrument of commerce, to wit: the internet, maliciously conveyed information knowing the same to be false, concerning an alleged attempt being made to destroy buildings, Eufaula Alabama and Quitman County, Georgia Schools, by means of an explosive device, in violation of Title 18, United States Code, Section 844(e).

COUNT 2
(Conveying false information)

On or about November 7, 2018, in Barbour County within the Middle District of Alabama, and elsewhere, the defendant,

LEVI JR CALHOUN, III,

intentionally conveyed false and misleading information, to wit: a series of social media posts threatening that an individual would attack one or more Eufaula, Alabama and Quitman County, Georgia schools with firearms, under circumstances where such information may reasonably have

been believed and indicated that an activity would take place that would constitute a violation of Chapter 44 of Title 18, United States Code, specifically the possession or discharge of a firearm in a school zone, in violation of 18 U.S.C. § 922(q).

All in violation of 18 U.S.C. § 1038.

## FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 844(c), 981(a)(1)(G) and 2461.

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section 844(e), set forth in Count 1 of this Indictment, the defendant,

LEVI JR CALHOUN, III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 844(c), 981(a)(1)(C) and 2461, any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 18, United States Code, Section 844(e).

C. If any of the property described in this forfeiture allegation as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 844(c), 981(a)(1)(C) and 2461.

A TRUE BILL:

Foreperson

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Eric M. Counts
Assistant United States Attorney

R. Randolph Neeley
Assistant United States Attorney

3